Submitted on record and briefs September 1, reversed and remanded
September 27, 2000

## STATE OF OREGON,
*Respondent,*

*v.*

## JOSEPH ALFRED TORRES,
*Appellant.*

(C960994CR; CA A105046)

11 P3d 268

David E. Groom, Public Defender, and Rankin Johnson IV, Deputy Public Defender, filed the brief for appellant.

Hardy Myers, Attorney General, Michael D. Reynolds, Solicitor General, and Stacy J. Guise, Assistant Attorney General, filed the brief for respondent.

Before De Muniz, Presiding Judge, and Haselton and Wollheim, Judges.

PER CURIAM

## PER CURIAM

Defendant appeals from a judgment revoking his probation, arguing that the trial court erred in requiring him to proceed without counsel at the probation revocation hearing despite his request to speak to an attorney. The state concedes that defendant did not waive his right to counsel and that the trial court erred in revoking defendant's probation under the circumstances. We accept the state's concession of error. *See generally State v. Busby*, 107 Or App 368, 812 P2d 14 (1991) (defendant is entitled, under Article I, section 11, of the Oregon Constitution, and under the Sixth Amendment to the United States Constitution, to counsel at a probation revocation hearing).

Reversed and remanded.